01
02
03
04
05
06
07
08
09
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DARRICK JENNINGS, | ) | CASE NO. C05-0868-RSL-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING KING |
| v. | ) | COUNTY AND DIRECTING |
| | ) | SERVICE BY FIRST-CLASS MAIL |
| C/O DAVIS, et al., | ) | ON REMAINING DEFENDANTS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

15  On May 20, 2005, the undersigned United States Magistrate Judge identified several

16 deficiencies in plaintiff's original *pro se* civil rights complaint, filed pursuant to 42 U.S.C. § 1983,

17 and granted plaintiff leave to file an amended complaint. (Dkt. #5). On June 7, 2005 plaintiff filed

18 an amended complaint. (Dkt. #7).  Having reviewed the amended complaint, the Court has

19 determined that plaintiff has corrected one of the two deficiencies in the original complaint.

20 Accordingly, the Court hereby ORDERS as follows:

21       (1)    Dismissal of King County

22       In his original complaint, plaintiff named King County Department of Corrections ("King

23 County") as a defendant but failed to allege that he had suffered any constitutional deprivation as

24 a result of a "custom or policy" of King County. *See Board of County Comm'rs v. Brown,* 117

25 S. Ct. 1382, 1388 (1997).  In the amended complaint, plaintiff does not cure this deficiency.

26

ORDER DISMISSING KING COUNTY AND DIRECTING
SERVICE BY FIRST-CLASS MAIL ON REMAINING
DEFENDANTS
PAGE -1

01 Accordingly, King County is hereby DISMISSED as a defendant from this lawsuit.

02     (2)    <u>Service by Clerk</u>.

03 The Clerk is directed to send the following to the remaining defendants by first class mail: a copy of the amended complaint (Dkt. #7) and of this Order, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of Service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's office.  The Clerk shall also send a copy of the amended complaint and of this Order to the King County Prosecutor's Office by first class mail.

    (3)    <u>Response Required</u>.

Defendants shall have **thirty (30) days** within which to return the enclosed Waiver of Service of Summons.  If a defendant timely returns the signed Waiver, the defendant shall have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

If a defendant fails to timely return the signed Waiver, he will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2).  A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within **thirty (30) days** after service.

    (4)    <u>Filing and Service by Parties, Generally</u>

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system.  Additionally, any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter. Counsel are directed to the Court's website – <u>www.wawd.uscourts.gov</u> – for a detailed description of the requirements for filing via CM/ECF.

All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper original of any document for the Court's consideration.  <u>All filings, whether filed electronically or in traditional paper format, must indicate in the upper right hand corner the name of the Magistrate</u>

<u>Judge to whom the document is directed</u>.

    (5)    <u>Motions</u>.

Any request for court action shall be set forth in a motion, properly filed and served. Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter. The argument in support of the motion shall not be made in a separate document but shall be submitted as part of the motion itself. The motion shall include in its caption (immediately below the title of the motion) the date the motion is to be noted for consideration upon the court's calendar. That date, and deadlines for filing an opposition to the motion and a reply, depend upon the nature of the motion and are governed by rule CR 7(d), which is summarized below.

The following motions shall be noted for consideration on the day they are filed, pursuant to local rule CR 7(d)(1): Stipulated and agreed motions, motions to file overlength motions or briefs, motions for reconsideration, joint submissions pursuant to the optional procedure established in CR 37(a)(2)(B), motions for default, requests for the clerk to enter default judgment, and motions for the court to enter default judgment where the opposing party has not appeared. **All other non-dispositive motions** shall be noted for consideration no earlier than the third Friday following filing and service of the motion. *See* Local Rule CR 7(d)(3)(2005). **All dispositive motions** shall be noted for consideration no earlier than the fourth Friday following filing and service of the motion. (*Id*.)

No opposition need be filed to the motions specifically identified in the first sentence of the preceding paragraph. Briefs and affidavits in opposition to any other motion shall be filed and served not later than 4:30 p.m. on the Monday immediately preceding the date designated for consideration of the motion. If a party fails to file and serve timely an opposition to a motion, the court may deem any opposition to be without merit. *See* Local Rule CR 7(b)(2) (2005). Any reply papers shall be filed and served no later than the noting date. *See* Local Rule CR 7(d)(3)

ORDER DISMISSING KING COUNTY AND DIRECTING
SERVICE BY FIRST-CLASS MAIL ON REMAINING
DEFENDANTS
PAGE -3

01 (2005).

02 / / /

03

04     (6)   <u>Direct Communications with District Judge or Magistrate Judge</u>

05 No direct communication is to take place with the District Judge or Magistrate Judge with

06 regard to this case. All relevant information and papers are to be directed to the Clerk.

07     (7)   <u>Copies of Order</u>

08 The Clerk is directed to send a copy of this Order and of the General Order to plaintiff and

09 a copy of this Order to the Honorable Mary Alice Theiler.

10 DATED this 10th day of June, 2005.

11

12                                  /s/ Robert S. Lasnik

13                                   Robert S. Lasnik
                                  United States District Judge

14

15

16 Recommended for Entry this

17  9th  day of June, 2005.

18

19 s/ Mary Alice Theiler
United States Magistrate Judge

20

21

22

23

24

25

26

ORDER DISMISSING KING COUNTY AND DIRECTING
SERVICE BY FIRST-CLASS MAIL ON REMAINING
DEFENDANTS
PAGE -4