01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                 AT SEATTLE

08   DARRICK JENNINGS,                    )   CASE NO. C05-0868-RSL-MAT
                                          )
09          Plaintiff,                    )
                                          )
10   v.                                   )   ORDER TO SHOW CAUSE
                                          )
11   C/O DAVIS, et al.,                   )
                                          )
12          Defendants.                   )
     ─────────────────────────────────   )
13

14          The Court, having reviewed the record, does hereby find and ORDER:

15          (1)     Defendant Steve Porter, whom plaintiff identifies as a Corrections Officer at the

16   King County Correctional Facility, failed to return the waivers of service of summons sent to him

17   with plaintiff's original complaint on August 23, 2005 (Dkt. 19).

18          (2)     Defendant Steve Porter is ORDERED to show cause within **fourteen (14) days**

19   explaining why the Court should not direct that he be served personally and why the cost of

20   personal service should not by assessed pursuant to Rule 4(d) of the Federal Rules of Civil

21   Procedure.

22   / / /

ORDER TO SHOW CAUSE
PAGE -1

01        (3)     The Clerk is directed to send copies of this Order to plaintiff, to defendant Steve

02  Porter, and to counsel for defendants.

03        DATED this <u> 28th </u> day of <u> October </u>, 2005.

04

05

                                Mary Alice Theiler

06                                United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER TO SHOW CAUSE
PAGE -2